In the Matter of the Application of JOHN H. MEEHAN and Others, Respondents, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York and as Successor of FRANK J. TAYLOR, FIORELLO H. LAGUARDIA, as Mayor, and Others, Constituting the Board of Estimate of the City of New York, and The Board of Estimate of The City of New York, as Successor of the Board of Estimate and Apportionment of The City of New York, and ALMERINDO PORTFOLIO, as Treasurer of the Department of Finance of The City of New York, Appellants.— Appeal by defendants from a final order granting an application of the petitioners, employed in the County Court of Kings county, for an order under article 78 of the Civil Practice Act, directing the defendants to include in the budget of the city of New York for the year 1938 and the first half of 1939 appropriations in an amount fixed by the county clerk of Kings county as the petitioners' salaries for the said period instead of a lesser amount previously fixed by the city appropriating agencies. Final order unanimously affirmed, with ten dollars costs and disbursements. (Matter of Wingate v. Taylor, 166 Misc. 13; affd. sub nom. Matter of People ex rel. Wingate v. Taylor, 254 App. Div. 749; affd. sub nom. Matter of Wingate v. McGoldrick, 279 N. Y. 246; Matter of Hetherington v. Taylor, 254 App. Div. 859; Matter of Rosenthal v. McGoldrick, Id. 859. See Matter of Tevlin v. McGoldrick, post, p. 994, decided herewith.) Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of NAKOMA REALTY COMPANY, INC., Appellant, for a Certiorari Order against HARRIS H. MURDOCK, Chairman, BERNARD A. SAVAGE and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order denying petitioner's motion to sustain a certiorari order and granting respondents' cross-motion to dismiss the order and to confirm the determination of the board of standards and appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of JOSEPH F. TEVLIN and Others, Respondents, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of The City of New York and as Successor of FRANK J. TAYLOR, FIORELLO H. LAGUARDIA, as Mayor, and Others, Constituting the Board of Estimate of The City of New York, and the Board of Estimate of The City of New York, as Successor of the Board of Estimate and Apportionment of The City of New York, and ALMERINDO PORT-FOLIO, as Treasurer of the Department of Finance of The City of New York,